## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Colette L Jackson<br>                Debtor | : Bankruptcy No. 17-12235-sr<br>: Chapter 13 |
| U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 c/o Select Portfolio Servicing, Inc.<br>                Movant | |
| vs. | |
| Colette L Jackson<br>                Debtor/Respondent<br>   and<br>Frederick L. Reigle, Esquire<br>                Trustee/Respondent | |

## **OBJECTION TO CONFIRMATION OF THE PLAN**

      Movant, U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Colette L. Jackson ("Debtor"), as follows:

1. As of the bankruptcy filing date of March 31, 2017, Movant holds a secured claim against the Debtor's property, located at: 5830 Haverford Avenue, Philadelphia, Pennsylvania 19131.

2. Movant is in the process of filing a Proof of Claim ("POC") with estimated pre-petition arrears in the amount of $24,774.20.

3. The Plan currently provides for payment to Movant for pre-peition arrears in the amount of $22,524.00, which is an amount substantially smaller than Movant's POC.

      4.       The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

      5.       The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.       Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

                                          Respectfully submitted,

Dated: 05/24/17

                                          /s/Danielle Boyle-Ebersole, Esquire
                                          Danielle Boyle-Ebersole, Esquire
                                          Hladik, Onorato & Federman, LLP
                                          298 Wissahickon Avenue
                                          North Wales, PA 19454
                                          Phone 215-855-9521
                                          Fax 215-855-9121